IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSHUA ALDERMAN, | : |
| | : |
| Plaintiff, | : |
| | : |
| vs. | : CIVIL ACTION NO. 1:20-cv-00454-TFM-MU-C |
| | : |
| BP EXPLORATION & PRODUCTION INC., *et al.*, | : |
| | : |
| | : |
| Defendants. | : |

**ORDER**

Pending before the Court is the parties' *Stipulation of Dismissal With Prejudice*. Doc. 17, filed March 5, 2021. The Rules of Civil Procedure permit a plaintiff to voluntarily dismiss the action without an order of the court "by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A). The joint stipulation is signed by both sides and Plaintiff reserves his remaining rights that he may have under the *Deepwater Horizon* Medical Benefits Class Action Settlement Agreement.[1]  Doc. 17.

Consequently, by operation of Fed. R. Civ. P. 41, this action has been dismissed in accordance with the joint notice. Therefore, the claims in this case are dismissed with prejudice with each party to bear their own attorneys' fees and costs.

The Clerk of the Court is **DIRECTED** to close this case.

---

[1] *In the Matter of Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010*. No. 2:10-md-02179-CJB-JCW, Doc. 8217 (E.D. La. Jan. 11, 2013).

**DONE** and **ORDERED** this the 5th day of March 2021.

                                            s/Terry F. Moorer
                                            TERRY F. MOORER
                                            UNITED STATES DISTRICT JUDGE